902 F.2d 1567
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Everton Lloyd REID, Defendant-Appellant.
 No. 90-6502.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 28, 1990.
Decided April 24, 1990.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CR No. 88-4-5)
 Everton Lloyd Reid, appellant pro se.
 Kieran Joseph Shanahan, Jane H. Jolly, Assistant United States Attorney, Raleigh, N.C., for appellee.
 E.D.N.C.
 AFFIRMED.
 Before MURNAGHAN, SPROUSE and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Everton Lloyd Reid appeals from the district court's order denying his motion for a judicial recommendation against deportation. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Reid, CR No. 88-4-5 (E.D.N.C. Dec. 12, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.